AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DIANA MCKISSEN, an individual; CHERYL EAGLEY and RICHARD EAGLEY, as personal representatives and administrators of the ESTATES OF THERESA DAWN GARCIA; and CHERYL EAGLEY and RICHARD EAGLEY, on their own behalf;     Plaintiffs,
v.

CHRIS LEYENDECKER, personally and individually and in his official capacity acting under color of state law,
     Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5033-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion to Dismiss entered on October 2, 2007 (Ct. Rec. 26).

October 2, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas